19  CV  785

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*[Stamp: UNITED STATES DISTRICT COURT / FILED / JUN 1 3 2019 / MARY C. LOEWENGUTH, CLERK / WESTERN DISTRICT OF NY]*

| United States District Court | District *Buffalo* | |
|---|---|---|
| Name *David Gray* | Prisoner No. *83240* | Case No. *CD 19-920317* |

Place of Confinement
*Erie County Holding Center*

Name of Petitioner (include name under which convicted)       Name of Respondent (authorized person having custody of petitioner)
*Lo uking David Am_____ Nubenze As M_____* V. *Timothy B. Howard Sheriff of the County of Erie*
*formerly known As David Gray Jr.*

The Attorney General of the State of: *New York*

## PETITION

1.  Name and location of court which entered the judgment of conviction under attack        *Erie County*
    *State Supreme Court*

2.  Date of judgment of conviction _____

3.  Length of sentence _____

4.  Nature of offense involved (all counts)
    *Criminal Possession of a Weapon in the 3rd Degree*
    _____
    _____

5.  What was your plea? (Check one)

    (a) Not guilty          ☐

    (b) Guilty              ☐

    (c) Nolo contendere     ☒

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    indictment, give details: *Without Prejudice, All Unalienable Rights Reserved*
    _____

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)

    (a) Jury                ☐

    (b) Judge only          ☒

7.  Did you testify at the trial?
    Yes  ☐   No  ☒

8.  Did you appeal from the judgment of conviction?
    Yes  ☐   No  ☒

9.   If your answer to 8. was "yes," <u>attach a copy of the appeals court decision to this petition</u> and answer the following:

    (a)  Name of court (e.g., NYS Sup. Court, 4th Dept.) _____

    (b)  Result _____

    (c)  Date of result and citation, if known _____

    (d)  List <u>all</u> grounds you raised (1) _____

        _____

        (2) _____

        _____

        (3) _____

        _____

        (4) _____

        _____

10.   Did you seek further review of the appeals court decision by a higher state court (e.g., the NYS Court of Appeals)?

Yes ☐   No ☒

11.   If your answer to 10. was "yes," <u>attach a copy of the higher state court decision to this petition</u> and answer the following:

    (a)  Name of court _____

    (b)  Result _____

    _____

    (c)  Date of result and citation, if known _____

    (d)  List <u>all</u> grounds you raised (1) _____

        _____

        (2) _____

        _____

        (3) _____

        _____

        (4) _____

        _____

12.   Did you file a petition for certiorari in the United States Supreme Court?

Yes ☐   No ☒

13.   If your answer to 12. was "yes," <u>attach a copy of the United States Supreme Court decision to this petition</u> and please answer the following with respect to each direct appeal you asked the United States Supreme Court to review:

(a) Result _____

_____

(b) Date of result and citation, if known _____

(c) List <u>all</u> grounds you raised (1) _____

_____

(2) _____

_____

(3) _____

_____

(4) _____

_____

14.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g. a petition under NY CPL § 440, a state habeas petition, or a previous petition under 28 U.S.C. 2254) with respect to this judgment in any court, state or federal?

Yes  ☐   No  ☒

15.   If your answer to 14. was "yes," <u>attach a copy of that court's decision to this petition</u> and give the following information:

(a) Name of court _____

(b) Nature of proceeding _____

(c) Date Filed _____

(d) List <u>all</u> grounds you raised (1) _____

_____

(2) _____

_____

(3) _____

_____

(4) _____

_____

(e) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes  ☐   No  ☒

- 4 -

(f) Result _____

(g) Date of result _____

16.   If your answer to 14. was "yes" and you also filed a <u>second</u> petition, application, or motion, <u>attach a copy of that court's decision to this petition</u> and give the same information:

(a) Name of court _____

(b) Nature of proceeding _____

(c) Date Filed _____

(d) List <u>all</u> grounds you raised (1) _____

_____

(2) _____

_____

(3) _____

_____

(4) _____

_____

(e) Did you receive an evidentiary hearing on your petition, application, or motion?

      Yes ☐    No ☒

(f) Result _____

(g) Date of result _____

As to any third, fourth, etc. petition, application, or motion, <u>attach a copy of that court's decision to this petition</u> and give the same information asked for under 15. and 16.

17.   If your answer to 14. was "yes" and if the court did not grant the petition(s), application(s), or motion(s) you listed under 15. and 16., did you appeal to an intermediate court of appeals (e.g., the New York State Court of Appeals or the Second Circuit Court of Appeals)?

Yes ☐    No ☒

18.   If your answer to 17. was "yes," <u>attach a copy of the appeals court decision to this petition</u> and answer the following regarding <u>each</u> petition, application, or motion:

(a) Name of court _____

(b) Date Filed _____

(c) Result _____

(d) Date of result and citation, if known _____

(e) List all grounds you raised (1) _____

(2) _____

(3) _____

(4) _____

19.   Did you appeal to the highest state court (e.g., the NYS Court of Appeals) or the United States Supreme Court for review of decisions regarding the petition(s), application(s), or motion(s) you listed in 15. and 16.?

(a) First petition          Yes  ☐      No  ☒

(b) Second petition      Yes  ☐      No  ☒

(c) Third petition         Yes  ☐      No  ☒

[List any other petition and indicate yes or no.]

20.   For each "yes" answer in 19., attach a copy of that court's decision to this petition and give the following information:

(a) Name of court _____

(b) Date filed _____

(c) Result _____

(d) Date of result and citation, if known _____

(e) List all grounds you raised (1) _____

(2) _____

(3) _____

(4) _____

21.   If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:    In Pre Trail Proceedings _____

_____

_____

22.   State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize briefly the *facts* supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    CAUTION: In order to proceed in federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court.  *See* 28 U.S.C. §2254(b).  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. *See* 28 U.S.C. §2244(b).

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them.  However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b)   Conviction obtained by use of coerced confession.
(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e)   Conviction obtained by a violation of the privilege against self-incrimination.
(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)   Conviction obtained by a violation of the protection against double jeopardy.
(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i)   Denial of effective assistance of counsel.
(j)   Denial of right of appeal.

A.   Ground one: (C) Coviction obtained by use of evidence gained pursuant to an Unconstitutional Search and Seizure

    Supporting FACTS (state briefly without citing cases or law): I did not consent or Contract With the town of Amherst Police Agency also I was not Presented a Search Warrant for Seizure of Private Property, I served the public Servant with the petition & order name change Index No 2019000276 on record at Erie County Clerks Office & District Attorneys Office with Live Birth Certificate Attached Authenticated and Sealed by Department of State from United States of America and State of New York with Affidavits, notices, Order to Cease and desist all activities against Me forever

B. Ground two: (D) Conviction obtained use by evidence obtained pursuant to an unlawful Arrest

Supporting FACTS (state briefly without citing cases or law): During a Traffic Infraction stop which only Warrants a traffic Ticket, I did not Consent or Contract with Town of Amherst Police Agency had No Public instrument too. I was not presented with a Warrant for Me by name of a criminal offense committed by Me. No Injured Party with a claim against Me. I have been abducted by force and Commercial fraud as a fact.

C. Ground three: _____

Supporting FACTS (state briefly without citing cases or law): _____

D. Ground four: _____

Supporting FACTS (state briefly without citing cases or law): _____

23. If you did not previously present any of the grounds listed in 22A, 22B, 22C, and 22D in any other court, state or federal, state briefly what grounds you did not present and give your reasons for not presenting them:
Town of Amherst Court & Erie County Supreme Court Would not honor My right to be "Pro Se", Without their Court Appointed Attorney to Assist the courts, When I stated on record "No Attorney" Also I have no contract / Agreement for Service, from the Attorney in a form of a letter Rogatory. as a fact

24.   Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

Yes ☐   No ☒

(a) Name of court _____

(b) Nature of proceeding _____

(c) Date filed _____

(d) List <u>all</u> grounds you raised (1) _____

_____

(2) _____

_____

(3) _____

_____

(4) _____

_____

25.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you challenge in this petition:

(a) At preliminary hearing _____

_____

(b) At arraignment and plea _____

_____

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post-conviction proceeding *Court Appointed Joseph Patrick Turner - 484*

*Delaware Avenue Buffalo, New York 14202. No Written Contract.*

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

26.   Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

Yes ☐   No ☒

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐    No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
                                    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

June 8th 2019
_____
                (Date)

                        Zd Kg Ded Lhne Nubr Ali-Menny
                        _____
                                Signature of Petitioner
                        Without Prejudice, In Propria Persona Sui Juris,
                        Authorized Representative, All Unalienable Rights Reserved

- 10 -

I Give Consent for $5.00 to be deducted from the Account of DAVID GRAY 83240 for Habeas Corpus Application 28 U.S.C. § 2254(e) filing fee, To Clerk of the United States District Court.

PUBLIC NOTICE                    JUDICIAL NOTICE

I Lord King David Ahmende Nubahre Ah-MenreleMurrayzz
formerly Known As David Gray Jr. Manifested Born on
August 2nd 1982, Unlawfully detained Under Name
All Capital Lettered DAVID GRAY legal fiction
as a fact. On County of Erie Record Index No: 2019000276 by
Name Change Order With Live Birth Certificate Attached
For the Record Attorney does not have My best intrest
As the natural indigenous Celestial body
living soul Sound Mind Competent Man, Who
is the Age of Majority. I do not need any
Services or legal assistance from Joseph Patrick
Turner Court Appointed Attorney. I have stated
I am "Pro se" Without any legal assistance, public
services lawyering craft from Any Attorneys. We
have no Contracts/Agreement Written in the form
of a letter rogatory as a fact. As "Pro se" for
Case# CD-19-920317 by law Without Prejudice
All Unalienable Rights Reserved as a state Citizen
of the union State of New York Planetary inhabitant
thereof One of We the People stated facts herein

Sworn to Me this 10 day of June,

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20_4_

x S_____
Notary STAMP

x David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved
x Ldkg Dd lve Nubu Ah-Menre,  Without Prejudice
In propria persona sui juris, Authorized Representative, All Unalienable Rights Reserved

Dear Joseph Patrick Turner, 484 Delaware Avenue Buffalo, New York 14202

Respectfully allow this letter to Serve as Judicial Notice, Public Notice Pursuant to CPL § 190.50 that I Lord King David Ahmende Nubahre Ah Menrele Murrayzz formerly Known As David Gray Jr. Unlawfully detained Under All Capital Lettered Name DAVID GRAY a legal fiction, Corporation as a fact.

As Sovereign Lord the King a state Citizen of the Union State of New York planetary inhabitant thereof, a Man One of We the people. Registered Title Owner-controller, Without Prejudice, All Unalienable Rights Reserved. We have no contracts/Agreement Written in the form of a letter rogatory Joseph Patrick Turner for Case # CD 19-920317, CPL § 190.50 I do not need any Public Services or legal assistance forevermore for the record as a fact.

Date June 6th 2019

Zdkg Dad Shue Nubz Ah-Menryn    Without Prejudice
In Propria Persona Sui Juris, Authorized Representative, All Unalienable Rights Reserved
David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved



# OFFICE OF THE ERIE COUNTY DISTRICT ATTORNEY

### JOHN J. FLYNN
#### DISTRICT ATTORNEY

May 29, 2019

JOSEPH TURNER, ESQ.
484 DELAWARE AVENUE
BUFFALO, NY 14202

Re:  People v. DAVID GRAY a/k/a LORDKING DAVID AHMENDE
NUBAHRE AH-MENRELEMURRAYZZ
ECDA File No. 00953-2019

Dear Mr. Turner:

Please allow this letter to serve as notice pursuant to CPL §190.50 that this case is proceeding to the grand jury. The Erie County Grand Jury will hear testimony concerning People v. DAVID GRAY a/k/a LORDKING DAVID AHMENDE NUBAHRE AH-MENRELEMURRAYZZ on ~~June 6, 2019 at 1:00 p.m.~~ Should your client wish to testify before the Grand Jury, please clearly advise our office, in writing, on or before June 5, 2019, so that we may make proper arrangements for the Grand Jury to receive testimony.

*June 11th 9:00 AM*

Please contact the undersigned at **858-2443** in connection with this matter.

Very truly yours,

JOHN J. FLYNN
DISTRICT ATTORNEY

BY:  DANIELLE E. PHILLIPS
Assistant District Attorney
Felony Trial Bureau

DEP/ama

AFFIDAVIT

For The Record: PUBLIC NOTICE JUDICIAL NOTICE

I LordKing David Ahmende Nubahre Ah-MenreieMurrayzz Formerly Known As David Gray Jr. a natural Manifestation eternal living Soul Celestial body born August 2nd 1982 a Man with a sound Mind Competent Age of Majority a State Citizen of the Union State of New York Planetary inhabitant thereof as one of We the "people" Who are Sovereign Can not be tried in their Own Court. As a fact of reality I am NOT All Capital Name DAVID GRAY a legal fiction fraud, Corporation.

I rebut Case# CD19-920317, ECDA File No. 00953-2019, CPL § 190.50 all charges and claims against me are de facto as well as the Proceedings to the Grand Jury by use of evidence private property gained pursuant to an unconstitutional Search and Seizure Without Search Warrant prior to the invasion of Privacy; also use by evidence obtained Pursuant to an unlawful Arrest Without a Arrest Warrant by name of a Criminal Offense Committed by me Sovereign Lord the King prior to the abduction by force. Without My Consent at all, facts stated herein. Registered Title Owner-Controller, Without Prejudice, All Unalienable Rights Reserved ForeverMo Joseph Patrick Turner and I have no contracts/Agreement Written in the form of a letter rogatory He is not My Attorney written on Affidavit as a fact.

Sworn to me this 20 day of June, 2019. x S. Hy

Notary/Stamp

x David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved

x Ldkg Dad the Nub Ah-Menren Without Prejudice
propria persona sui Juris, Authorized Representative, All Unalienable Rights Reserved

SCOTT HENRY
COMMISSIONER OF DEEDS
in and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 2019

Docket Number_____

*TOWN OF AMHERST*
*COUNTY OF ERIE STATE OF NEW YORK*

NO CONTRACT NO CONSENT CD #:**19-920317**
Gray David, Jr.
08/02/1982
All Without Prejudice
Inalienable Rights Reserved
Registered Owner

**FELONY**

The People of the State of New York )

vs.                                       )

**DAVID GRAY  DOB: 08/02/1982**          )    INFORMATION / COMPLAINT

1440 JEFFERSON AV                        )

BUFFALO, NY  14208                       )

                                         )

I, **Police Officer 2 RICHARD D. WALTER**, a police officer herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

### CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE

a class D  FELONY contrary to the provisions of section **265.02**, subsection **01** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID COMMIT THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE AS DEFINED IN SUBDIVISION ONE, TWO, THREE OR FIVE OF SECTION 265.01, AND HAS PREVIOUSLY BEEN CONVICTED OF ANY CRIME. TO WIT: On the above-listed date and time the Defendant did operate an unregistered red 2000 Pontiac Bonneville, which was stopped for Vehicle and Traffic Law infractions. Both the Defendant and Co-Defendant were placed into custody for PL 170.25. An inventory of the aforementioned vehicle revealed a stainless steel Titan .25 ACP semi-automatic pistol with an empty chamber and a magazine inserted in the grip containing two (2) rounds of .25 ACP, wrapped in a blue rag, located in-between the front of the center console assembly and the end of the driver's side floorboard of the aforementioned vehicle. Both the Defendant and Co-Defendant denied possession of the pistol. Per PL 265.15-3, both the Defendant and Co-Defendant were charged. The Defendant also did not possess a valid pistol permit, and was convicted of attempted Criminal Possession of a Weapon in the Third Degree on February 18, 2009.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED          WMwod
APR - 8 2019                          _____
                                         Complainant

AMHERST TOWN COURT

ATTORNEY                                Docket Number_____

*TOWN OF AMHERST*                                 CD #:**19-920317**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York          )          **FELONY**
vs.                                          )
**DAVID GRAY  DOB: 08/02/1982**              )          INFORMATION / COMPLAINT
1440 JEFFERSON AV                            )
BUFFALO, NY  14208                           )
                                             )

I, **Police Officer 2 RICHARD D. WALTER**, a police officer herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

a class C  FELONY contrary to the provisions of section **265.03**, subsection 03 of the Penal Law of the State of New York.

A person is guilty of criminal possession of a weapon in the second degree when such person possesses any loaded firearm. TO WIT: On the above-listed date and time the Defendant did operate an unregistered red 2000 Pontiac Bonneville, which was stopped for Vehicle and Traffic Law infractions. Both the Defendant and Co-Defendant were placed into custody for PL 170.25. An inventory of the aforementioned vehicle revealed a stainless steel Titan .25 ACP semi-automatic pistol with an empty chamber and a magazine inserted in the grip containing two (2) rounds of .25 ACP, wrapped in a blue rag, located in-between the front of the center console assembly and the end of the driver's side floorboard of the aforementioned vehicle. Both the Defendant and Co-Defendant denied possession of the pistol. Per PL 265.15-3, both the Defendant and Co-Defendant were charged. The Defendant also did not possess a valid pistol permit.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                    Complainant

Subscribed and sworn to me this                           APR - 8 2019
8th of April, 2019

                                                    AMHERST TOWN COURT

Docket Number_____

**TOWN OF AMHERST**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:**19-920317**

The People of the State of New York )
vs. )
**DAVID GRAY  DOB: 08/02/1982** )
1440 JEFFERSON AV )
BUFFALO, NY  14208 )
)

**FELONY**

INFORMATION / COMPLAINT

I, **Police Officer 2 RICHARD D. WALTER**, a police officer herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

**CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE SECOND DEGREE**

a class D  FELONY contrary to the provisions of section **170.25** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID WITH KNOWLEDGE THAT IT IS FORGED AND WITH INTENT TO DEFRAUD, DECEIVE OR INJURE ANOTHER, HE UTTERS OR POSSESSES A FORGED INSTRUMENT OF A KIND SPECIFIED IN SECTION 170.10 OF THE PENAL LAW. TO WIT: On the above-listed date and time the Defendant did operate an unregistered red 2000 Pontiac Bonneville, bearing a single license plate marked "INDIANA TEMPORARY REGISTRATION J356985 DEALER NO. 0407894 EXPIRES 12-22-2019." The plate, a "A written instrument officially issued or created by a public office, public servant or governmental instrumentality," was determined to be a forgery, and the vehicle showed unregistered in both Indiana and New York. The Defendant was the operator of the aforementioned vehicle.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
8th of April, 2019

_____

RECEIVED

APR - 8 2019

AMHERST TOWN COURT

Docket Number_____

**TOWN OF AMHERST**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:**19-920317**

The People of the State of New York )
vs. )
**DAVID GRAY  DOB: 08/02/1982** )
1440 JEFFERSON AV )
BUFFALO, NY  14208 )
)

**FELONY**

INFORMATION / COMPLAINT

I, **Police Officer 2 RICHARD D. WALTER**, a police officer herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

a class E  FELONY contrary to the provisions of section **265.01-B** of the Penal Law of the State of New York.

A person is guilty of criminal possession of a firearm when he or she possesses any firearm. TO WIT: On the above-listed date and time the Defendant did operate an unregistered red 2000 Pontiac Bonneville, which was stopped for Vehicle and Traffic Law infractions. Both the Defendant and Co-Defendant were placed into custody for PL 170.25. An inventory of the aforementioned vehicle revealed a stainless steel Titan .25 ACP semi-automatic pistol with an empty chamber and a magazine inserted in the grip containing two (2) rounds of .25 ACP, wrapped in a blue rag, located in-between the front of the center console assembly and the end of the driver's side floorboard of the aforementioned vehicle. Both the Defendant and Co-Defendant denied possession of the pistol. Per PL 265.15-3, both the Defendant and Co-Defendant were charged. The Defendant also did not possess a valid pistol permit.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
8th of April, 2019

_____

RECEIVED

APR - 9 2019

AMHERST TOWN COURT

Docket Number_____

*TOWN OF AMHERST*                                              CD #:**19-920317**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York )
vs. )
**DAVID GRAY  DOB: 08/02/1982** )               INFORMATION / COMPLAINT
1440 JEFFERSON AV )
BUFFALO, NY  14208 )
)

We, **Police Officer 2 RICHARD D. WALTER** and **Police Officer 1 CRAIG N. PETIT**, police officers herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section **195.05** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATION SYSTEMS OWNED OR OPERATED BY THE STATE, OR COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICES OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE ACTORS INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION. TO WIT: On the above-listed date, time and location the Defendant did operate an unregistered red 2000 Pontiac Bonneville and was stopped for Vehicle and Traffic Law infractions. The Defendant refused to provide the Complainant with his actual name and date of birth, despite being warned by the Complainant of the consequences of lying about his name and date of birth numerous times. The Defendant was then asked to step out of the vehicle, to which he again repeatedly refused. The Complainant and other officers were forced to break a window in order to unlock the vehicle's doors. The Defendant was then observed to make furtive movements toward the center console/driver's floorboard of the vehicle and had to be ordered at gunpoint to show his hands. The Defendant still refused to leave the vehicle and had to be forcibly removed by officers, forcibly handcuffed, all the time pushing his body back against officers and attempting to pull his arms away. A loaded pistol was later recovered from the driver's side floorboard of the aforementioned vehicle. The Defendant then refused to be processed at Amherst Police Headquarters.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

RECEIVED

APR - 8 2019

AMHERST TOWN COURT

Docket Number_____

**TOWN OF AMHERST**                                    CD #:**19-920317**
**COUNTY OF ERIE STATE OF NEW YORK**

The People of the State of New York          )
                                                          )
vs.                                                       )
                                                          )
**DAVID GRAY  DOB: 08/02/1982**              )     INFORMATION / COMPLAINT
1440 JEFFERSON AV                              )
BUFFALO, NY  14208                             )
                                                          )

We, **Police Officer 2 RICHARD D. WALTER** and **Police Officer 1 CRAIG N. PETIT**, police officers herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574 EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section **205.30** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON. TO WIT: On the above-listed date, time and location the Defendant did operate an unregistered red 2000 Pontiac Bonneville and was stopped for Vehicle and Traffic Law infractions. The Defendant refused to provide the Complainant with his actual name and date of birth, despite being warned by the Complainant of the consequences of lying about his name and date of birth numerous times. The Defendant was then asked to step out of the vehicle, to which he again repeatedly refused. The Complainant and other officers were forced to break a window in order to unlock the vehicle's doors. The Defendant was then observed to make furtive movements toward the center console/driver's floorboard of the vehicle and had to be ordered at gunpoint to show his hands. The Defendant still refused to leave the vehicle and had to be forcibly removed by officers, forcibly handcuffed, all the time pushing his body back against officers and attempting to pull his arms away. A loaded pistol was later recovered from the driver's side floorboard of the aforementioned vehicle.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED

APR - 0 2019

AMHERST TOWN COURT

_____

Docket Number_____

**TOWN OF AMHERST**                                          CD #:**19-920317**
**COUNTY OF ERIE STATE OF NEW YORK**

| | |
|---|---|
| The People of the State of New York | ) |
| vs. | ) |
| **DAVID GRAY  DOB: 08/02/1982** | )   INFORMATION / COMPLAINT |
| 1440 JEFFERSON AV | ) |
| BUFFALO, NY  14208 | ) |
| | ) |

I, **Police Officer 2 RICHARD D. WALTER**, a police officer herein, accuse **DAVID GRAY**, the DEFENDANT of this action, and charge that on or about Sunday, April 7, 2019 at 1574  EGGERT RD in the TOWN OF AMHERST, County of ERIE, at about 09:15 PM, said DEFENDANT did commit the offense of:

**FALSE PERSONATION**

a class B  MISDEMEANOR contrary to the provisions of section **190.23** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, DID KNOWINGLY MISREPRESENT HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION. TO WIT: On the above-listed date, time and location the Defendant did operate an unregistered red 2000 Pontiac Bonneville and was stopped for Vehicle and Traffic Law infractions. The Defendant refused to provide the Complainant with his actual name and date of birth, and claimed that he was a "sovereign" citizen and gave his name as "LordKing David Ahmende Nubahre Ah-Menrelemurrayz" with no date of birth despite being warned by the Complainant of the consequences of lying about his name and date of birth numerous times. The Defendant's real name and date of birth were later revealed, showing the Defendant to have a suspended license.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED

APR - 6 2019                         _____
                                                        Complainant

AMHERST TOWN COURT

Subscribed and sworn to me this

### LOCAL CRIMINAL COURT
### STATE OF NEW YORK
### THE PEOPLE OF THE STATE OF NEW YORK
### VS

COUNTY OF   ERIE

DAVID      GRAY

UTT NUMBER   **AMP59F2ZNV**

Officer   **R**            **D   WALTER**            of the   **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)   **5111A**

2. Description of Violation   **AGGRAVATED UNLIC OP 3RD (MISD)**

3. Date **04/07/2019**   Time   **9:15 PM**   C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year   **2000**            Make   **PONT**            Color   **RD - RED**

   License Plate No.            State   **UN**

5. General Direction of Travel by Defendant:   **NORTH**

6. Highway (Type/Name)   **3 - COUNTY**            **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's   **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION AND WAS STOPPED FOR VEHICLE AND TRAFFIC LAW INFRACTIONS. A DMV CHECK OF THE DEFENDANT'S LICENSE REVEALED IT TO BE SUSPENDED, WITH TWO SCOFFS ON TWO DATES (CITY OF BUFFALO, FAILURE TO PAY FINE, 01/27/2018, #ZBF326ZFH6F, TOWN OF CHEEKTOWAGA, FAILURE TO ANSWER A SUMMONS, 07/21/2017, #TCH046MGL9C).**

### TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on            at            at   **N/B 1574 EGGERT ROAD**                              , To

**R**            **D   WALTER**            a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
## VS

COUNTY OF   **ERIE**

**DAVID       GRAY**

UTT NUMBER   **AMP59F2Z0H**

Officer   **R**                    **D   WALTER**                    of the   **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)   **4021**

2. Description of Violation   **NO DISTINCTIVE PLATE/INSECURE/DIRTY**

3. Date   **04/07/2019**   Time   **9:15 PM**   C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year   **2000**   Make   **PONT**                    Color   **RD - RED**

License Plate No.                    State   **UN**

5. General Direction of Travel by Defendant:   **NORTH**

6. Highway (Type/Name)   **3 - COUNTY**          **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's   **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION WITH A FORGED INDIANA TRANSPORTER PLATE THAT WAS UNABLE TO BE READ EXCEPT FROM APPROXIMATELY TEN (10) FEET AND WITH ONLY ONE PLATE AFFIXED TO THE REAR OF THE AFOREMENTIONED VEHICLE.**

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on                    at                    at   **N/B 1574 EGGERT ROAD**                    , To

**R**                    **D   WALTER**                    a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

*Richard D. Walt*

COUNTY OF   ERIE

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
## VS

DAVID      GRAY

UTT NUMBER   **AMP59F2Z4D**

Officer   **R**              **D**   **WALTER**              of the  **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)   **4024**

2. Description of Violation   **IMPROPER PLATES**

3. Date  **04/07/2019**   Time   **9:15 PM**   C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year   **2000**        Make  **PONT**              Color   **RD - RED**

License Plate No.              State   **UN**

5. General Direction of Travel by Defendant:      **NORTH**

6. Highway (Type/Name)   **3 - COUNTY**        **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's   **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION WITH A FORGED INDIANA TRANSPORTER
PLATE AFFIXED TO THE REAR OF THE VEHICLE. A SEARCH OF THE VEHICLE IN BOTH INDIANA AND NEW YORK
REVEALED IT TO HAVE NO REGISTRATION.**

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE
INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on              at              at   **N/B 1574 EGGERT ROAD**                        , To

**R**              **D**   **WALTER**              a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
### VS

COUNTY OF   **ERIE**

**DAVID      GRAY**

UTT NUMBER   **AMP59F2Z73**

Officer   **R**            **D   WALTER**                    of the **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)   **4011A**

2. Description of Violation   **UNREGISTERED MOTOR VEHICLE**

3. Date **04/07/2019**   Time   **9:15 PM**   C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year   **2000**        Make   **PONT**          Color   **RD - RED**

License Plate No.            State   **UN**

5. General Direction of Travel by Defendant:   **NORTH**

6. Highway (Type/Name)   **3 - COUNTY**          **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's   **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION WITH A FORGED INDIANA TRANSPORTER
PLATE AFFIXED TO THE REAR OF THE VEHICLE. A SEARCH OF THE VEHICLE IN BOTH INDIANA AND NEW YORK
REVEALED IT TO HAVE NO VALID REGISTRATION.**

### TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE
INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on            at              at  **N/B 1574 EGGERT ROAD**                              , To

**R**                 **D   WALTER**                    a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

COUNTY OF **ERIE**

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
## VS

**DAVID      GRAY**

UTT NUMBER    **AMP59F2ZB3**

Officer   **R**            **D**   **WALTER**                    of the  **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)    **306B**

2. Description of Violation    **UNINSPECTED MOTOR VEHICLE**

3. Date **04/07/2019**    Time  **9:15 PM**    C/T/V of  **AMHERST, TOWN OF - 1551**

4. Vehicle Year    **2000**        Make **PONT**                Color   **RD - RED**

License Plate No.            State   **UN**

5. General Direction of Travel by Defendant:    **NORTH**

6. Highway (Type/Name)    **3 - COUNTY**        **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's    **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION WITHOUT A VALID INSPECTION.**

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE
INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on            at            at  **N/B 1574 EGGERT ROAD**                        , To

**R**            **D**   **WALTER**                    a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

*Richard D. Walt*

## SUPPORT SIMPLIFIED TRAFFIC INFORMATION

COUNTY OF   ERIE

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
## VS

DAVID       GRAY

UTT NUMBER   **AMP59F2ZCX**

Officer   **R**          **D   WALTER**                              of the  **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)   **3191U**

2. Description of Violation    **OPERATING WITHOUT INSURANCE**

3. Date **04/07/2019**   Time   **9:15 PM**      C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year    **2000**        Make  **PONT**              Color   **RD - RED**

License Plate No.                State   **UN**

5. General Direction of Travel by Defendant:      **NORTH**

6. Highway (Type/Name)    **3 - COUNTY**           **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's   **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION AND COULD NOT PROVIDE PROOF OF
INSURANCE FOR THE VEHICLE. A DMV CHECK COULD FIND NO INSURANCE INFORMATION FOR THE LISTED VEHICLE.**

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE
INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on              at                at   **N/B 1574 EGGERT ROAD**                              , To

**R**                   **D   WALTER**                      a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**

COUNTY OF   ERIE

## LOCAL CRIMINAL COURT
## STATE OF NEW YORK
## THE PEOPLE OF THE STATE OF NEW YORK
## VS

**DAVID        GRAY**

UTT NUMBER    **AMP59F2QGP**

Officer   **R**            **D**   **WALTER**                        of the   **TOWN OF AMHERST PD**

a Police Officer and the Complainant alleges that the Defendant committed a violation of

1. (Law/Section/Subsection)    **1229C3A**

2. Description of Violation     **LAP/SHOULDER VIOLATION OR DJ VIOLATION**

3. Date  **04/07/2019**    Time    **9:15 PM**    C/T/V of   **AMHERST, TOWN OF - 1551**

4. Vehicle Year    **2000**            Make   **PONT**            Color   **RD - RED**

License Plate No.                 State   **UN**

5. General Direction of Travel by Defendant:    **NORTH**

6. Highway (Type/Name)    **3 - COUNTY**          **N/B 1574 EGGERT ROAD**

7. Charge based on Officer's    **DIRECT OBSERVATION**

8. Additional Information:

**LISTED DEFENDANT DID OPERATE LISTED VEHICLE AT LISTED LOCATION WITHOUT WEARING/FASTENING AN
AVAILABLE SEATBELT.**

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT PURSUANT TO SECTION 710.30 OF THE CRIMINAL PROCEDURE LAW, THE PEOPLE
INTEND TO OFFER AT A TRIAL OF THE ABOVE ENTITLED ACTION EVIDENCE OF A STATEMENT MADE BY YOU

on                at                at   **N/B 1574 EGGERT ROAD**                                , To

**R**                    **D**   **WALTER**                        a public servant,

IN WHICH YOU SUBSTANTIALLY STATED AS FOLLOWS:

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE
STATE OF NEW YORK

Affirmed Under Penalty of Perjury

**04/08/2019**



| **AMHERST POLICE** **POLICE REPORT** **CRIM POSS WEAPON 2ND** | *Complaint* **19-920317** |
|---|---|
| | *Report Date & Time* 04/07/2019 21:18 |

### INCIDENT

| Address of Occurrence 1574 EGGERT RD | District 104 | Tract 12 | Occ. Date & Time 04/07/2019 21:15 | Day of Week Sunday | Type of Premise Street |
|---|---|---|---|---|---|
| Status Cleared By Arrest | Follow Up By Detective | Supl N | TT Mess# | TT Entry Date | TT Cancel# TT Cancel Date |
| Officers: 081 - WALTER 417 - BROWN | 066 - PETIT 093 - CHRISTMANN | | Rep. Off: 081 - WALTER Supervisor: 417 - BROWN | | |

### VICTIM

| Last Name PSNY | First Name PSNY | MI | Ext | Birth Date | Race | Sex M | Age | Juvenile N | Arrested N | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 500 JJ AUDUBON PW | | City AMHERST | | State NY | Zip 14228 | Home Phone (716) 689-1311 | | Work Phone | | |
| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law     No

### OFFENDER

| Last Name GRAY | First Name DAVID | MI | Ext JR | Birth Date 08/02/1982 | Race Black | Sex M | Age 36 | Juvenile N | Arrested Y | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 1440 JEFFERSON AV Apt: 127 | | City BUFFALO | | State NY | Zip 14208 | Home Phone (716) 816-9920 | | Work Phone (716) 507-1414 | | |
| Height 6' 3" | Weight 175 | Hair BLK | Eyes BRO | Build M | Complexion MBR | Glasses Glasses | Scars/Marks/Tattoos 1X RIGHT ARM | | | |

### OFFENDER

| Last Name LOVETT | First Name EDDIE | MI L | Ext | Birth Date 01/15/1982 | Race Black | Sex M | Age 37 | Juvenile N | Arrested Y | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 4166 N BAILEY AV Apt: 1 | | City AMHERST | | State NY | Zip 14226 | Home Phone (716) 931-4556 | | Work Phone NONE | | |
| Height 6' 02" | Weight 360 | Hair BLK | Eyes BRO | Build L | Complexion DRK | Glasses None | Scars/Marks/Tattoos RTL ARM DAGGER RIP LFL ARM PRAYING HANDS | | | |

### OWNER

| Last Name LOVETT | First Name MARQUETTA | MI M | Ext | Birth Date 02/15/1974 | Race Black | Sex F | Age 45 | Juvenile N | Arrested N | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 285 E PARK RD | | City TONAWANDA | | State NY | Zip 14150 | Home Phone UNKNOWN | | Work Phone UNKNOWN | | |
| Height 5' 05" | Weight 180 | Hair BLK | Eyes BRO | Build M | Complexion MED | Glasses Unknown | Scars/Marks/Tattoos UNKNOWN | | | |

### OWNER

| Last Name TOWN OF | First Name AMHERST PD | MI | Ext | Birth Date | Race Unknown | Sex U | Age | Juvenile N | Arrested N | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 500 JJ AUDUBON PW | | City AMHERST | | State NY | Zip 14228 | Home Phone (716) 689-1322 | | Work Phone (716) 689-1311 | | |
| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | | |

### OWNER

| Last Name UNKNOWN | First Name UNKNOWN | MI U | Ext | Birth Date | Race Unknown | Sex U | Age | Juvenile N | Arrested N | Report PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address UNKNOWN | | City UNKNOWN | | State UNKNOWN | Zip UNKNOWN | Home Phone UNKNOWN | | Work Phone UNKNOWN | | |
| Height u' u" | Weight unk | Hair UNK | Eyes XXX | Build X | Complexion UNK | Glasses Unknown | Scars/Marks/Tattoos UNKNOWN | | | |

### ARREST

| Arrest # 42369 | Name LOVETT, EDDIE L. 1/15/1982 | Date 04-07-2019 | Address 1574 EGGERT RD AMHERST | APR - 3 2019 |
|---|---|---|---|---|

| Status Held | Arrest Type Crime in Progress | Arresting Officers 081 WALTER, RICHARD D | AMHERST TOWN POLICE |
|---|---|---|---|

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 265.03-03 | F | C | 2 | CPW-2ND:LOADED FIREARM-OTHER THAN IN PERSONS | 1 |

| Printed Date: 04/08/2019 02:58 AM | Page: 1 |
|---|---|



# AMHERST POLICE
# POLICE REPORT
## CRIM POSS WEAPON 2ND

| Complaint |
|---|
| **19-920317** |
| Report Date & Time |
| 04/07/2019 21:18 |

| PL | 170.25 | F | D | 2 | POSSESS FORGED INSTRUMENT-2ND | 1 |
|---|---|---|---|---|---|---|
| VTL | 1229-C-03B | I | | 0 | NO SEAT BELT- FRONT SEAT- PASSENGER 16 YEARS OLD OR OVER | 1 |

| Arrest # | Name | | Date | Address |
|---|---|---|---|---|
| 42370 | GRAY, DAVID . JR 8/2/1982 | | 04-07-2019 | 1574 EGGERT RD  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | 081 WALTER,RICHARD066 PETIT,CRAIG N   417 BROWN,THOMAS M |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 265.03-03 | F | C | 2 | CPW-2ND:LOADED FIREARM-OTHER THAN IN PERSONS | 1 |
| PL | 170.25 | F | D | 2 | POSSESS FORGED INSTRUMENT-2ND | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0511-01A | M | U | 3 | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE- 3RD | 1 |
| VTL | 0402-01 | I | | 0 | REGIS PLATE DISPLAY VIOLATION | 1 |
| VTL | 0402-04 | I | | 0 | OPER MV WITH IMPROPER PLATES | 1 |
| VTL | 0319-01U | I | | 0 | OPERATE MOTOR VEHICLE WITHOUT INSURANCE | 1 |
| VTL | 0306-B | I | | 0 | OPERATE MOTOR VEHICLE WITHOUT INSPECTION CERTIFICATE | 1 |
| VTL | 0401-01A | I | | 0 | OPER UNREGISTERD MV ON HIGHWAY | 1 |
| VTL | 1229-C-03A | I | | 0 | NOT RESTRAINED BY LAP SAFETY BELT AND SHOULDER HARNESS | 1 |
| PL | 190.23 | M | B | 0 | FALSE PERSONATION | 1 |
| PL | 265.01-B | F | E | 0 | CRIMINAL POSSESSION OF A FIREARM | 1 |
| PL | 265.02-01 | F | D | 3 | CRIMINAL POSSESSION WEAPON 3- PREVIOUS CONVICTION | 1 |

### VEHICLES

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GRAY DAVID JR | 2000 | Pontiac | BONNEVIL | 4DSD | Red | | NY | 1G2HX54K8Y419144 | Operated | PR |

### PROPERTY

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Report |
|---|---|---|---|---|---|---|---|---|
| 1 | Vehicle Parts or | FAKE TAG  Serial # J356985 | Seized | INDIANA | WHITE | TEMPROARY | $1.00 | PR |
| 1 | Personal Papers | FAKE SOV TAG  Serial # PRIV4T3 | Seized | UNKNOWN | WHITE | TAG | $0.00 | PR |
| 1 | Personal Papers | PAPERS  Serial # N/A | Recovered | VARIOUS | VARIO | VARIOUS | $0.00 | PR |
| 1 | Household Items | BLUE RAG  Serial # NONE | Seized | UNKNOWN | BLUE | RAG | $1.00 | PR |
| 1 | Firearms | HANDGUN  Serial # A24833 | Seized | TITAN | STAIN | 25 ACP | $200.00 | PR |
| 1 | Purses, | PURSE/CONTEN  Serial # NONE | Recovered | NY & | BLACK | PURSE | $20.00 | PR |
| 1 | Vehicle Parts or | LICENSE PLATE  Serial # HJK3183 | Recovered | NEW YORK | GOLD | GOLD | $22.00 | PR |
| 1 | Recordings-- | SAN DISK  Serial # NONE | Recovered | SANDISK | BLUE | SD CARD | $10.00 | PR |

### PROPERTY NOTES

| Vehicle Parts o | FAKE TAG | ONE (1) FAKE INDIANA TRANSPORTER LICENSE PLATE, WITH DEALER NUMBER 0407894, AND EXPIRATION 12/22/2019, ATTACHED TO THE REAR OF THE AFOREMENTIONED VEHICLE |
|---|---|---|
| Personal Papers | FAKE SOV TAG | ONE (1) FAKE "SUPREME SOULAR ROYAL CHARTER" LICENSE, LOCATED IN OFFENDER GRAY'S SATCHEL |
| Personal Papers | PAPERS | PAPERS BELONGING TO OFFENDER GRAY REGARDING HIS "SOVEREIGN CITIZEN" STATUS, LOCATED IN THE SATCHEL BELONGING TO OFFENDER GRAY, EVIDENCE OF OBSTRUCTION |

| Printed Date: | 04/08/2019 02:58 AM | Page: 2 |
|---|---|---|



# AMHERST POLICE
## POLICE REPORT
### CRIM POSS WEAPON 2ND

| | Complaint |
|---|---|
| | 19-920317 |
| | Report Date & Time |
| | 04/07/2019 21:18 |

| Household Items | BLUE RAG | BLUE RAG, LOCATED IN BETWEEN THE CENTER CONSOLE AND THE DRIVER'S SIDE FLOORBOARD OF THE AFOREMENTIONED VEHICLE, IN WHICH THE HANDGUN WAS RECOVERED |
|---|---|---|
| Firearms | HANDGUN | ONE (1) TITAN .25 ACP HANDGUN, LOCATED IN BETWEEN THE FRONT OF THE CENTER CONSOLE AND THE DRIVER'S SIDE FLOORBOARD, WRAPPED IN THE AFOREMENTIONED BLUE RAG |
| Purses, Handbag | PURSE/CONTEN | ONE (1) HANDBAG WITH PAPERS, TAGGED FOR SAFEKEEPING |
| Vehicle Parts o | LICENSE PLATE | ONE (1) NY LICENSE PLATE RECOVERED FROM THE POCKET BEHIND THE FRONT PASSENGER SEAT, BELONGING ON A 2011 HONDA ACCORD |
| Recordings--Aud | SAN DISK | ONE (1) 2 GB SD CARD WITH EVIDENTIARY PICTURES |

PROSECUTE: Yes, two arrests made.
OTHER OFFICERS: Lt. Brown, PO Julicher, PO Doldan, PO Christmann, PO Petit
SUSPENSIONS (TOTAL 2: 2 SCOFFS ON 2 DATES):
1. Type: SUSPENSION Date: 2018-01-27 Order #: ZBF326ZFH6F Fine: Reason: FAILURE TO PAY FINE
Clear Date:  Clear Reason: 00 Location: ERIE COUNTY, BUFFALO TRAFFIC VIOLATIONS AGENCY
2. Type: SUSPENSION Date: 2017-07-21 Order #: TCH046MGL9C Fine: Reason: FAILURE TO
ANSWER A SUMMONS
Clear Date:  Clear Reason: 00 Location: ERIE COUNTY, TOWN OF CHEEKTOWAGA
EVIDENCE: See Property Notes
TOW: United
INVENTORY: PO Petit, pictures by Lt. Brown
REMARKS: On the above-listed date and time, R/O was travelling northbound on Eggert Road behind the listed vehicle. R/O observed what appeared to be a laminated temporary license plate attached to the rear of the listed vehicle. R/O could not easily see the plate, but was able to get close enough to see it appeared to be an Indiana Temporary registration, serial J356985. R/O ran the plate in Indiana and it came back not on file. R/O attempted to run the plate several more times with several different variations of the plate with negative results. The plate also appeared not to match the appearance of Indiana Temporary Registrations. Based on this information, R/O initiated a V&T stop at the listed address for VTL 402-1 and 402-4. R/O made contact with the vehicle's occupants, later identified as driver Offender David Gray and front seat passenger Offender Eddie Lovett. Neither party appeared to be wearing their available seatbelts. R/O spoke with Offender Gray, who stated he was a sovereign citizen and gave his name as "LordKing David Ahmende Nubahre Ah-Menrelemurrayzz" and stated that he did not have a driver's license. When asked, Offender Gray repeatedly stated that the aforementioned was his legal name and that R/O had no right to detain him for "violations." Gray was warned several times of the consequences of giving R/O false information, to which he continued to give R/O the aforementioned name and present R/O with nonsensical documents regarding his "sovereign citizenship." R/O also spoke with Lovett, who stated that he was a vehicle dealer and that the driver was transporting the vehicle for him. Neither party could provide R/O with a valid registration, inspection or insurance information. The VIN of the vehicle showed it to be unregistered in NY or IN. When cover officers arrived, R/O finally told Offender Gray to exit the vehicle. Gray refused and asserted he had a right to travel in his "vessel." Gray was given multiple opportunities to exit the vehicle and refused. R/O, PO Petit and Lt. Brown then attempted to remove both parties from the vehicle, but found the vehicle door to be locked. Gray refused to unlock the vehicle and continued to obstruct Patrols. PO Petit did use a Resq-Me device to shatter the rear driver's side window and unlock the vehicle doors. Lt. Brown removed Offender Lovett from the passenger seat, where he was handcuffed and detained without further incident. At this point, Offender Gray began to make furtive movements toward the center console and driver's side floor board of the vehicle. R/O and PO Petit did draw their department-issued sidearms and gave Offender Gray clear instructions to show his hands. Offender Gray did initially ignore Patrols, but did eventually comply and place his hands on the steering wheel. Lt. Brown, PO Petit and R/O then physically remove Gray from the vehicle where he was handcuffed. Gray continued to resist by throwing his



**AMHERST POLICE**
**POLICE REPORT**
**CRIM POSS WEAPON 2ND**

Complaint
**19-920317**

Report Date & Time
04/07/2019 21:18

vehicle. Both Offenders were Mirandized on scene, and at that point Offender Lovett did reveal Offender Gray's true name. A DMV check of Offender Gray's license revealed the listed suspensions. During the vehicle inventory, R/O recovered the listed pistol from in-between the front of the center console and the back of the driver's floorboard. The vehicle inventory was paused and the vehicle secured on scene by Patrols. PO Christmann did transport Offender Gray back to HQ, where he refused to be processed and was held pending arraignment. R/O did transport Offender Lovett to HQ without incident, where he was processed and held pending arraignment. United did respond and tow the vehicle to APD HQ, followed by PO Petit, where the vehicle inventory was completed by PO Petit and photographed by Lt. Brown. The listed evidence was tagged by R/O and secured in Evidence Locker # 25.

Remarks:               RO responded to the above location to assist PO Walter and Lt. Brown on a traffic stop. PO Walter had the above listed vehicle pulled over and was speaking to driver David Gray, and front seat passenger Eddie Lovett. Gray and Lovett refused to identify themselves. After being given many chances to produce identification or a legitimate name and date of birth, Gray and Lovett continued to disobey officer's commands. Gray and Lovett then refused to get out of the vehicle. RO then utilized a window punch, which was ineffective on the front window, but was used successfully on the rear driver side window. Lovett decided to comply and get out of the vehicle, who was taken into custody by Lt. Brown. As Lt. Brown was taking Lovett into custody, Gray began making furtive movements towards the floor board. Gray was ordered to keep his hands on the steering wheel, which he complied to. Once Lovett was secured into a patrol car, Gray was again asked to exit the vehicle, which he disobeyed. RO, PO Walter, and Lt Brown had to forcefully remove Gray out of the vehicle, and take into custody. RO searched Gray incident to arrest and placed him into car 110.

PO Walter was inventorying the vehicle prior to being towed, and located above listed firearm by the front seat floorboard. The inventory was stopped, and United towed the vehicle to HQ with RO following. RO and Lt Brown conducted the inventory in APD evidence garage, where the above listed firearm was recovered on the driver's seat floor board. RO located above listed NY license plate in the front passenger seat back pocket. RO seized above listed Indiana counterfeit license plate from the vehicle.

---

Officer: 081 - WALTER          W Walter          Supervisor: 417 - BROWN

Printed Date:    04/08/2019 02:58 AM                                                        Page: 4

**COUNTY OF ERIE**
**DEPARTMENT OF**
**CENTRAL POLICE SERVICES**
**FORENSIC LABORATORY**



45 ELM STREET, FOURTH FLOOR
BUFFALO, NEW YORK 14203-2600
PHONE: (716) 858-7409
FAX: (716) 858-7426

## FIREARMS ANALYSIS REPORT

**LAB NUMBER: 19-01886**

**INVESTIGATING AGENCY:** Amherst Police Department
**CASE NAMES:**   **Gray, David  - Defendant**
                  **Lovett, Eddie  - Defendant**
**CASE NO.:** 19-920317                    **REFERENCE NO.:**
**DATE OF REPORT:** 04/12/2019             **INV. OFFICER:** Walter

**Report Number 1**

| | |
|---|---|
| Item 1 | One submitted sealed box with<br>1 handgun<br>Make: FIE/Firearms Import/Export   Model: Titan   Type: Semi-automatic Pistol<br>Caliber/gauge: 25 Auto   Serial Number: A24833 |
| Item 1.1 | a cartridge magazine - loaded; received in packaging of Item 1 |
| Item 1.2 | ammunition - 2/ 25 AUTO cartridges; received loaded in Item 1.1 |
| Item 1.3 | A sub-item described as:<br>test fired ammunition component(s) - TF1 from ammunition submitted in Item 1.2 |

**Results/Opinions/Interpretations**
The pistol, Item 1, is operable. It was test fired using submitted ammunition.

The pistol exhibits rifling characteristics of six lands and grooves with a right twist.

The cartridge case test fired in the pistol does not meet the criteria established by this laboratory for entry into the National Integrated Ballistic Information Network (NIBIN) computer database.

The cartridge magazine, Item 1.1, fits and functions in the pistol. Its capacity was not determined. The date of its manufacture was not observed. This laboratory does not determine dates of manufacture for firearms or their accessories.

Evidence Disposition:
Unless otherwise noted or expended in analysis, the evidence will be maintained at the laboratory until it is returned to the submitting agency.

I affirm that I conducted the analysis documented herein.
This report does not constitute the entire case record, which may include worksheets, images, analytical data, and other documents.
Report wording definitions can be found at: http://criminaljustice.ny.gov/forensic/labreportstandards.htm

Erie County Central Police Services Forensic Laboratory
Lab No.: 19-01886     Report No.: 1 Cont'd

Page 2 of 2

CERTIFICATION: Pursuant to Criminal Procedure Law Sections 180.60(8) and 190.30(2), I certify that this copy is a true and accurate report concerning the results of tests and examinations which I, Cody McKellar, public servant and Firearms Examiner III, conducted at the Erie County Central Police Services Forensic Laboratory as recorded in this Laboratory Case Number 19-01886, Report # 1.  I am aware that false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.  Pursuant to State Technology Law §304(2) the use of an electronic signature shall have the same validity and effect as the use of a signature affixed by hand.

Cody McKellar
Firearms Examiner III

CC:  ADA Safulko, Amherst JC
       Docket# 19-040404;406

Erie County Central Police Services Forensic Laboratory
45 Elm St.
Buffalo, New York 14203-9600
(716) 858-7409



# REQUEST FOR LABORATORY EXAMINATION

| SUBMITTING AGENCY: | Pct. BUREAU: | AGENCY NUMBER: |
|---|---|---|
| AMHERST POLICE | PATROL | 19-920317 |

| INVESTIGATING OFFICER: | BUSINESS PHONE: | E-MAIL ADDRESS: |
|---|---|---|
| PO WALTER | 716-689-1311 | RDWALTER@APDNY.ORG |

| CHARGES: | DATE/TIME OF OCCURRENCE: | PROSECUTOR: |
|---|---|---|
| PL 265-03-03 | 04/07/2019  21:15 HRS | |

CHECK IF APPLICABLE:  ☐ Sale of controlled substance     ☐ Asset Forfeiture Case

| DEFENDANT(S): (last name, first name) | Date of Birth: | VICTIM(S): last name, first name | Date of Birth: |
|---|---|---|---|
| GRAY, DAVID | 08/02/1982 | PSNY | |
| LOVETT, EDDIE | 01/15/1982 | PSNY | |
| | | | |

Has any evidence in this case been submitted to the laboratory previously?   ☐ Yes   ☑ No

| CPS Item #: | Agency Item #: | DESCRIPTION OF EVIDENCE: | EXAMINE FOR: | WHERE OBTAINED: |
|---|---|---|---|---|
| | 01 | SEALED GUN BOX WITH TITAN HANDGUN | TEST FIRE | 1574 EGGERT RD  AMHERST NY |
| | | TAG# 376525 | | |
| | 02 | SEALED ENVELOPE WITH DNA | DNA | " " " |
| | | SWAB KIT FROM GUN TAG# 376550 | | |
| | | | | |
| | | | | |

COMMENTS:   SEE POLICE REPORT AND REQUEST FORM    DO NOT WRITE IN SHADED AREAS

THIS SIDE TO BE COMPLETED BY THE SUBMITTING OFFICER

SUBMITTED BY: _____ 29
          *SIGNATURE*

PRINT NAME: ____Terry Walsh____

LOCKER NO.: _____ 014

DATE/TIME SUBMITTED. 4/10/19   020

*By signing this form you acknowledge that the laboratory will select the appropriate items to be analyzed and the methods of analysis.*
*Go to* http://www.erie.gov/forensiclab *for laboratory information, guidelines and forms.*

THIS SIDE FOR LABORATORY USE ONLY

RECEIVED:  ☑ Sealed  1 box + 1 envelope
          ☐ Unsealed
          ☐ Improper Seal
          ☐ Received with cross outs

DATE/TIME REC'D.  4/11/2019   0940

RECEIVED BY: _____ ROBERT LINWOOD

LAB. NO.: CPS LAB  1901886

SUBMISSION #  PAGE #  1  OF  1

DCPSL-5
Issued by: John P. Simich, Ph.D
Issue date: 02/13/2014

2994
Revision 2
Page 1 of 1

# Erie County Central Police Services Forensic Laboratory



## Evidence Discrepancy Form

Laboratory # 19-01886

Officers: Terry Walsh

Agency: Amherst PD

Source of Discrepancy:

☒DCPSL-N          ☐Other:

Entry as submitted:
Item 1 – As described on DCPSL-5
(NOTE: Additional evidence was submitted that was not listed on the submission form)

Correct Entry:
Item 1 – As described on DCPSL-5 AND Ammunition
(NOTE: ALL evidence should be listed on the CPS Lab submission form)

Discrepancy detected by: _____   Date: 4.12.19

Witnessed by: _____   Date: 12 April 2019

Evidence Discrepancy Form
Issued by Schmitz, Michelli
Issue date: 12/20/2018 10:53:49 AM

1380
Revision 6
Page 1 of 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Court Clerk Amherst Town Court

Street, Apt. No.; or PO Box No. 400 J) Audubon Parkway

City, State, ZIP+4 Amherst, NY 14225 4/29/19

PS Form 3800, August 2006          See Reverse for Instructions

7013 1090 0001 2713 5817

Copy
to
Court Clerk

Certified Mail 70131090 000127135817

TOWN OF AMHERST
COUNTY OF ERIE
STATE OF NEW YORK

VS

CD# 19-920317

DAVID GRAY


Once you have these documents
Respectfully file them on Record for
Case CD#19-920317 Court Proceeding on
May 2nd 2019. Thank You.

■ Affidavit 5 Pages

■ Information/Complaint NO CONTRACT   7 Pages

■ Traffic Tickets NO CONTRACT 7 Pages

■ Notice of Special Appearance

# NOTICE OF SPECIAL APPEARANCE

Certified Mail 7013090000127135817

TOWN OF AMHERST
COUNTY OF ERIE
STATE OF NEW YORK

VS                    CD# 19-920317

DAVID GRAY


For the Court Proceeding held on May 2nd
2019 for Case CD# 19-920317 In Propria
Persona Sui Juris, Pro Se I declare, Proclaim,
and State I am Lord King David Ahmende Nubahre
Ah-Menrelemurrayzz Authorized Representative,
Without Prejudice, All Unalienable Rights Reserved.
Formerly Known As David Gray Jr. a Natural
Manifestation of Ahmen (Creator) Born on
August 2nd, 1982 a State Citizen of the
Union state of New York a Planetary Inhabitant
Thereof, Registered Owner, Without Prejudice,
All Unalienable Rights Reserved. Authorized
Representative for The People of the State of New York

CD# 19-920317

Certified Mail 70131090000127135817

Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

To the TOWN OF AMHERST COUNTY OF ERIE
STATE OF NEW YORK;

For the record

By the Supreme, Celestial, Soulful, Elemental,
Eternal, Power Invested, embodied by Me; I am
here to present Reality, the Whole Reality, and
nothing but Reality, Forever Continue to Power Me
through Pure Bloodline for Eternity as One Mind,
Body, Soul, With the One & Only Creator of all that
is, The Most High and Eternal Over Lord Ahmen as
a Pure bloodline descendant as him this is
Reality the Personification, Perjection, I declare,
Proclaim, and State I am Lord King David Ahmen de
Nubahre Ah-Menrelemurrayzz in Propria Persona
Sui Juris, Authorized Representative, All Unalienable rights
Reserved. formerly Known As David Gray Jr. a
Natural Manifestation of Ahmen Born on
August 2nd, 1982 a State Citizen of the
Union State of New York a Planetary Inhabitant
thereof, Registered Owner, Without Prejudice, All
Unalienable Rights Reserved. My Live Birth Certificate
Authenicated and Sealed by the Department of State.

Page 1 of 4

CD# 19-920317

Certified Mail 70130900001271358 17

I am A Natural Indigenous Soulful, Celestial, Flesh and Blood With a Sound Mind Bright Elemental Copper tone law abiding real living Man Who is the age of Majority, "In Ahmen We Trust" Forever. For the Clarity of Presumption, I am Not DAVID GRAY Who is My dad and also deceased, born on August 26th, 1957 Which is on My Live Birth Certificate as a fact. Also I am not a Corporation, legal fiction, A Male, Chattel Property, An Animal, United States Citizen, Sovereign Citizen, African-American, Black, Negro, Colored, Mankind none of these Classifications of Humans Who are Hybrid Animals also Artifical beings.

I declare, Proclaim, and State I am Lord King David Ahmende Nubahre Ah-Menrele Murrayzz in Propria Persona Sui Juris, Authorized Representative, All Unalienable Rights Reserved. Formerly Known As David Gray Jr. a Natural Manifestation of Ahmen Born on August 2nd, 1982 a State Citizen of the Union State of New York a Planetary Inhabitant there of, Registered Owner, Without Prejudice, All Unalienable Rights Reserved. I rebut all Claims, Charges against Me, I have no contracts with any Agencies, Departments, Administrations, Agents, or foreign Entities. Also all Claims of Mental Incompentacy Which is defamatory as a Natural Man

Page 2 of 4

CD# 19-920317

Certified Mail 70130900001271358l7

Also I have the right to due process to reserve My Privacy By law Which Was Violated On April 7th, 2019 by POLICE AGENCY TOWN OF AMHERST POLICE DEPARTMENT Public Servant RICHARD D. WALTER Badge Number 0081 With Unlawful Practices and Extreme Prejudice When failure to Acknowledge Lawful Documentation in the forms of Affidavits, Notices, Cease and Deisit Order, Copies of Live Birth Certificate Authenticated and Sealed by the Department of State from United States of "America" and State of New York with County of Erie as a State Citizen, Planetary Inhabitant there of. I did not have a public Instrument in the form of a Drivers Licsence. Only business certificates that are on public Record. With No Warrant or Crime Commited nor not conducting in Commerce Was Unlawfully Arrested with Extreme force for Traveling in Private. Also I did not bring harm or injury to anyone to have commited a Crime by a Corpus Delecti. And Charged with Criminal Possession of a Weapon that Was not taken or on My Person Body, that Was found inside of a Automobile. I do not Own the Automobile nor Was it stolen. So I am Under duress imprisoned to be held in bondage involuntarily against My Own Will. No Crimes Commited.

Page 3 of 4

CD# 19-920317
Certified Mail 7013090000127135817

For the record I am the Creditor, executor, in trust and I do live in privacy upholding law and Order as a Noble Man with a honorable Conduct as apart of business in law I put Myself by name on public record at the Erie County Clerks Office, Which is not a Crime at All. By Name Correction, Publication Proclamation, Declaration, Judicial Notice to State that I am a pure bloodline of Ahmen A Natural Indigenous Adult Man living with a Sound Mind, Body, Soul One with the Creator "In Ahmen We Trust" Forever. I am Intellectual Property of the MostHigh Eternal One and Only Creator Ahmen as his Divine and Sacared Property My Biological Make up Structure Temple, Body from My head to My feet, Bodyly fluids, fingerprints are private property that belongs to the MostHigh, Eternal One and Only Creator Ahmen

Propria Persona Sui Juris, Authorized Representative, All Unalienable Rights Reserved
Sworn to Me this 29 day of April , 2019

X                                    Notary / Stamp

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 2019

X David Graff Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved

Page 4 of 4

PRO SE MOTION

CD# 19-920317
Certified Mail 70130900001271358l7

I have no Contracts with any Attorneys
to Misrepresent Me they are not trust Blood line
family Members or associates with Me by
law in Trust, Contract, Family, For the record
I represent oneseif "Pro Se" for Court Proceeding
CD# 19-920317 held May 2nd, 2019. I Motion for
the Case to be dismissed On the grounds of
their is No Corpus Delecti, a Injured Party
With a Criminal Claim against Me of harm
done by Me to be a Crime, also been
Imprisoned, detained for 26 days unlawfully.
also in Violation of the United States Constitution of
America 1791 5th Amendment. Drop Charges and
Dismiss Case CD# 19-920317 Without Prejudice,
Extreme Prejudice or Discrimination, R.O.R.,
and Return all Property to Authorized Representative, Registered Owner

VERIFICATION

STATE OF NEW YORK     _____
COUNTY OF ERIE     In Propria Persona Sui Juris
TOWN OF AMHERST     Authorized Representative

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

All Unalienable Rights Reserved

David Gray Junior being duly Sworn, depose and
Say that the above Court Proceedings that the
forgoing Motion and Knows the contents to be reality
Stated in honor and Trust Matters Know to be real.

Sworn to Me this 2?     day of April     , 2019
X _____     Notary / Stamp
X David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved

AV of SERVICE

CD# 19-920317

Certified Mail 70131090000127135817

I David Gray Junior, being duly Sworn, depose and Say that I have this __29__ day of __April__, 2019 forward via the United States Postal Service Copies of the following: AFFIDAVIT OF REALITY 14 pages, NO CONTRACT TOWN OF AMHERST INFORMATION/COMPLAINT 7 pages, NO CONTRACT TRAFFIC TICKETS 7 pages, Precipe to Court Clerk 1 page, Notice of Special Appearance 1 page

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

Sworn to Me this __29__ day of __April__, 2019

x In Propria Persona sui Juris All Unalienable Rights Reserved Notary/Stamp

x David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7013 1090 0001 2713 5169

Sent To  John J. Flynn District Attorney of Erie County
Street, Apt. No.; or PO Box No.  25 Delaware Avenue
City, State, ZIP+4  Buffalo, New York 14202   5/20/19

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7013 1090 0001 2713 5152

Sent To  Michael P. Kearns Chief Clerk
Street, Apt. No.; or PO Box No.  92 Franklin Street   5/20/19
City, State, ZIP+4  Buffalo, New York 14202

PS Form 3800, August 2006                See Reverse for Instructions

(PA) Certified Mail #7013090000127135164

CD# 19-920317

# AFFIDAVIT OF REALITY

Declaration of Independence  Index:
Public Notice, Judicial Notice

Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

An Affidavit not rebutted Stands as Truth in
Commerce, An Affidavit not rebutted, after (30) days,
becomes the Judgement in commerce, On April 29th 2019
a Affidavit Was Mailed Certified Mail #7013090000127135817
to the TOWN OF AMHERST COUNTY OF ERIE STATE OF NEW YORK
for May 2nd, 2019 CD#19-920317 Court Proceedings a copy
of Said Affidavit is Attached as Proof and facts herein

All the facts stated herein are Reality, true, correct,
complete, full faith, credit, and certain, not misleading,
admissible as evidence, and honorably stating I, Me, My, Myself
the Title Registered Owner shall so stated below.

Plain  Statement of Facts

1. Fact: The Person known as DAVID GRAY JR., (and all
derivatives thereof) is fiction Without form or substance,
and any resemblance for any natural born body living or dead is
entirely intentional in commercial fraud by Genocide acts
for We the People for New York by the alleged Government

Page 1 of 5

Officials and Agents for the Commercial Corporations and Commercial Courts for the disfranchising purpose, We the People for New York from Our Life, Freedom, Property and Happiness Pursuit, among other Rights, for their self enrichment using their New York Rules of Civil Procedure, Outside the law authority and Our Courts a living Soul, Registered Title Owner, One as We the People under Original Common Law Jurisdiction.

2. Fact: Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My unalienable Rights, My Private Property or any part about My Estate, without full disclosure and My Written prior consent is strictly forbidden and Chargeable per each user and issuer, in the amount of the sum certain for One Million (1,000,000.00) dollar Silver specie in lawful Coinage for the United States of America as defined under Article I, Section 10 of We the People's Contract Constitution for the United States of America

3. Fact: Using My Fiction on any document associated in any Manner with My Estate or Me, the holder in due course, Secured Party, and Exempt from Levy, Without My Written prior consent is all the evidence required for enforcing this agreement/ Contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

DECLARATION OF INDEPENDENCE
NOTICE OF FACT
JUDICIAL NOTICE
PUBLIC NOTICE                    *Index*

I, Me, My, Myself, a natural indigenous Celestial, flesh and blood with a Sound Mind bright elemental Copper bronze tone, law abiding real eternal living Soulful extraterrestial Solar Man, Who is the age of Majority a bloodline direct decsendant of the Almighty honorable all Powerful Creator the Most high eternal Overlord "Ahmen" One and Only a Sovereign, Man I declare, proclaim, and state Supreme authority I am Lord King David Ahmende Nubahre Ah-Menre, leMurrayzz in Propria Persona Sui Juris, Authorized Representative, All Unalienable Rights Reserved, Formerly Known As David Gray Jr. a natural Manifestation of Ahmen eternal living in bloodline born on August 2nd, 1982 by Name Correction, publication, Proclaimation, declaration, Judicial Notice with an addressee Correction in care of Lord King David Ahmende Nubahre Ah-Menre leMurrayzz formerly Known As David Gray Jr. - C/o 1440 Jefferson Avenue, Suite 127 Buffalo, New York [14208] does hereby notice the public and all public officials of the UNITED STATES and the STATE OF NEW YORK, Under the authority of rights given by Almighty honorable all Powerful Creator Most high eternal Overlord "Ahmen", Said rights being Protected, enumerated and excepted from government Intrusion in the National Constitution of New York, 1836, of the following

1. Fact: I am NOT a citizen or subject of GREAT BRITAIN, ENGLAND the BRITISH CROWN, the HOLY SEE, the UNITED STATES the STATE OF NEW YORK or any other governmental entity, agencies, I never have been ever.

Page 3 of 5

2. Fact: I am NOT a party to the Constitution for the United States of America. Therefore I am NOT a citizen under the terms of the 14th amendment to the Constitution for the United States of America. I have never been ever.

3. Fact: I am NOT a citizen, party to or subject of, and denies the compelled performance of, the Judges Chambers, the private copyrighted laws, Statutes, Ordinances, rules, regulations, codes, rules of court used by GREAT BRITAIN, ENGLAND, the BRITISH CROWN, the UNITED STATES, the STATE OF NEW YORK or any other governmental entity agencies.

4. Fact: I am a natural celestial elemental Man and a eternal living Soul Solar, and I am NOT a legally created person, legal fictional entity, Corporation, trust, or artificial entity of any kind, and is NOT a surety for or representative of the fiction DAVID GRAY JR. or any derivation of Capitalized entity and is not a res of any Constructive public trust created by any governmental entity, I, deny consent by assent for the use of the all Capital letter name by any administrators, officers, agents, fiduciaries, objects of any and all trusts.

5. Fact: I am NOT under the terms made up as a False Identification Sovereign citizen, Male, Chattel property, African-American, black, negro, colored, Person, individual. Also NOT of the human bloodline Fact: I possess tools rightfully Private property by Private and natural law for daily living of a Quality of life in purpose for Preparation, Preservation, and protection as a law abiding natural celestial elemental Solar Man.

page 4 of 5

Since this a Commercial Matter and not a Criminal Matter with a injured party "Corpus Delecti" Who has a Claim against Me the Natural Man, eternal living Soul in private, all unalienable rights reserved or My Fiction on any document associated in any Manner with My Estate or Me, the holder in due course, Secured Party and Exempt from Levy, Without My Written prior Consent is all the evidence required for Proof of Commercial Fraud, not a crime committed on April 7th 2019 as reality and a fact. This affidavit by Declaration will stand as final Judgment in this Matter for violation against all My unalienable rights.

### Notice of Motion for Dismissal

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

(A) Dismissing the indictment upon the grounds that the evidence before the Grand Jury is not lawfully Sufficient to establish the Criminal Offense Committed by Common law with a injured party "Corpus Delecti" Who has a claim against Me I have wronged them him/her on April 7th 2019. I rebut CD# 19-920317 No Contract, No Consent

I am Competent to handle My own affairs

Demand to Cease and desist all activities against Me forever More

Sworn to Me this 20 day of May , 2019

X [signature]  Notary / Stamp

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, N
My Commission Expires Dec. 31, 20

X David Gray Junior

Registered Owner, Without Prejudice, All Unalienable Rights Reserved

X [signature] Nuba Al-Henry

in Propria Persona Sui Juris All Unalienable Rights Reserved Authorized Representative

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF ERIE
CITY OF BUFFALO

I, David Gray Junior, being duly sworn, deposes and say that I have 20 day of May, 2019, forwarded via the United States Postal Service copies to the following:

John J. Flynn
District Attorney of Erie County
25 Delaware Avenue
Buffalo, New York 14202

Michael P. Kearns
Chief Clerk
Erie County Court Building
92 Franklin Street
Buffalo, New York 14202

Sworn to Me this 20 day of May, 2019

X S.H.

Notary / Stamp

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 2019

X David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved

X Idk O.d time Nata Ah-Menss

In Propria Persona sui juris Authorized Representative All Unalienable Rights Reserved

**(Domestic Mail Only; No Insurance Coverage Provided)**

**For delivery information visit our website at www.usps.com**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7013 2713 5282 0001 1090

Sent To
John J. Flynn District Attorney of Erie County
Street, Apt. No.; or PO Box No. 25 Delaware Avenue
City, State, ZIP+4 Buffalo, New York 14202    6/6/2019

PS Form 3800, August 2006                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
**(Domestic Mail Only; No Insurance Coverage Provided)**

**For delivery information visit our website at www.usps.com**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7013 2713 5480 0001 1090

Sent To
Michael P. Kearns  Chief Clerk of Erie County
Street, Apt. No.; or PO Box No. 92 Franklin Street
City, State, ZIP+4 Buffalo, New York 14202    6/6/2019

PS Form 3800, August 2006                    See Reverse for Instructions

AFFIDAVIT OF REALITY
PUBLIC NOTICE
JUDICIAL NOTICE

(DA) Certified Mail# 70131090000127135282

Notice to Agent is Notice to Principle Notice to Principle is Notice to Agent
Judicial Order to Unconditional Release     Index No.

To: TIMOTHY B. HOWARD, Sheriff of the County of Erie

The Judicial Order to Unconditional Release commanded by Lord King David Ahmende Nubahre Ah-Menrelemurrayzz formerly Known as David Gray Jr. natural indigenous celestial body a Man eternal living Soul direct Pure bloodline of the Most High Creator Over lord all Powerful Ahmen One and Only. Filed on record by Index Number 2019000276 Attached is Live Birth Certificate Authenticated and Sealed by the **DEPARTMENT OF STATE** with the United States of America and State of New York a copy of this document. Holder in due Course a State Citizen of the Union State of New York Planetary Inhabitant thereof One of We The People. I am Competent to handle my own affairs and the Age of Majority. My Fiction, Private Property or any part about my Estates are forebidden DAVID GRAY, (and all derivatives thereof DAVID GRAY JR.) Registered Title Owner-Controller, Without Prejudice, All Unalienable Rights Reserved as reality respectfully states facts herein to show:

1. That your Judicial Law Giver is Sovereign Lord the King for all capital named Corporation, legal Fiction entity DAVID GRAY, (and all derivatives thereof DAVID GRAY JR.) 83240 on Whose behalf this Action is Ordered as facts Stated herein, and by him authorized this Judicial Order to Unconditional Release

2. That the Said DAVID GRAY (and all derivatives thereof DAVID GRAY JR.) 83240 is now detained at the County Jail "Erie County Holding Center" in Erie County by TIMOTHY B. HOWARD, Sheriff of the County of Erie awaiting an Indictment without a injured Party who has filed a claim against him on record, while being deprive life in Custody, & Property

3. That DAVID GRAY, (and all derivatives thereof DAVID GRAY JR.) 83240 is Unlawfully detained for the following facts:

A. He rebuts CD#19-920317, indictment, and ICN#83240 are False Identification, classification also NO CONTRACT NO CONSENT with the STATE OF NEW YORK, COUNTY OF ERIE, TOWN OF AMHERST, COUNTY COURT OF ERIE COUNTY, ERIE COUNTY HOLDING CENTER, OR FACILITY, ALDEN, NYS DOC, Without Prejudice, All Unalienable Rights Reserved as a Fact.

B. No Warrant Presented to him for a Criminal offence by him at the time by name on record when he was Unlawfully detained April 7th 2019

C. That Said DAVID GRAY, (and all derivatives thereof DAVID GRAY JR.) 83240 is Unlawfully detained in that he has once been put in Jeopardy of Conviction of the charge as a crime in the indictment depriving him due process and his Second Amendment right as Fact.

D. He has not injured or harmed anyone, nor damaged property or has a claim on record against him of a criminal offence to be a crime as Fact.

4. That in Consequence of the aforesaid, DAVID GRAY (and all derivatives thereof DAVID GRAY JR.) 83240, he is unlawfully detained in Violation of the United States of America Constitution 5th Amendment, New York Constitution, Article 5, Sub-Section 6

Wherefore, Your Sovereign Lord the King States facts herein that authorize Judicial Order to Unconditional Release of Said DAVID GRAY (and all derivatives thereof DAVID GRAY JR.) 83240 from ERIE COUNTY HOLDING CENTER Where he has been and now is in Custody ever since April 8th 2019 Without his prior Written Consent This Judicial Order to Unconditional Release issue directed to the Sheriff of the County of Erie, his deputies and assistants, Commanding him and them to Unconditional Release as their solemn Sworn Oath Compels nothing less of them to perform their duty Without prejudice, to Unconditional Release said DAVID GRAY (and all derivatives thereof DAVID GRAY JR.) 83240. Commanding the District Attorney of Erie County to Sign and Seal this Judicial Order to Unconditional Release as your Solemn Sworn Oath Compels nothing less of you to perform your duty Without Prejudice, to Chief Clerk of Erie County is to file this Judicial Order to Unconditional Release on record with a Index Number as Action your Solemn sworn Oath Compels Nothing less of you to perform your duty Without Prejudice. Said DAVID GRAY (and all derivatives thereof DAVID GRAY JR.) Should have his freedom, life, liberty, Property, and further relief as reality by Judicial Law righteously Just and Proper. Order DO NOT DETAIN Order Cease and desist all activities against Me, family, property forevermore

District Attorney Office is to notify the
County Jail Erie County Holding Center to Unconditional
Release DAVID GRAY, (and all derivatives thereof DAVID GRAY JR.)
83240 at once when Judicial Order to Unconditional
Release recieved Certified Mail as forwarded via the
United States Postal Service. County Clerks Office
is to have Index number and Filed as Action on Public
Record of Judicial Order to Unconditional Release without
Prejudice. Reply back in 10 days by Mail to Matter.

# VERIFICATION

NEW YORK STATE
COUNTY OF ERIE

Lord King David Ahuende Nubahre AirManrele Murrafzz,
formerly known As David Gray Jr. _____, being duly Sworn, deposes and
Says that deponent is the Judicial Law Giver in the above-
encaptioned action, that he has read the foregoing action and
knows the contents thereof, that the same is righteous full credit to
public open Knowledge, except as to Matters therein stated upon
information and Fact, which Matters deponent knows to be reality.

Sworn to me before this 3 day of June, 2019
X David S____ _____ Notary/Stamp

SCOTT HENRY
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

X David Gray Junior
Registered Owner, Without Prejudice, All Unalienable Rights Reserved
X IdKgOd the Nun Ah-Munz, Without Prejudice
in Propria Persona sui juris, Authorized Representative, All Unalienable Rights Reserved

STATE OF NEW YORK
COUNTY OF ERIE
CITY OF BUFFALO

# AFFIDAVIT OF SERVICE

Lord King David Ali Bende Nabahre Ali Menrele Mwrayzz formerly Known As David Gray Jr. , being duly Sworn, deposes and say that I have this 3 day of June , 2019, forwarded via the United States Postal Service Copies to the following:

John J. Flynn
District Attorney of Erie County
25 Delaware Avenue
Buffalo, New York 14202

Michael P. Kearns
Chief Clerk
Erie County Court Building
92 Franklin Street
Buffalo, New York 14202

Timothy B. Howard
Sheriff of the County of Erie
Erie County Holding Center
40 Delaware Avenue
Buffalo, New York 14202

Sworn to me this 3 day of June , 2019

X _____

X David Gray Junior

Notary/Stamp

SCOTT HENRY
COMMISSIONER OF DEEDS
in and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

Registered Owner, Without Prejudice, All Unalienable Rights Reserved

X _____ Without Prejudice
In Propria Persona sui juris, Authorized Representative, All Unalienable Rights Reserved